**Freddie Dean SNIDER, Plaintiff—Appellant,**

v.

**A. REDDING, Defendant—Appellee.**

No. 02–17033.

D.C. No. CV–99–00931–FCD.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

**66**

Submitted June 9, 2003.*

Decided June 17, 2003.

Before RYMER, THOMAS and
SILVERMAN, Circuit Judges.

MEMORANDUM**

California state prisoner Freddie Dean
Snider appeals pro se the district court's
summary judgment in his 42 U.S.C. § 1983
action alleging defendant violated his con-
stitutional rights by classifying him as a
sex offender for housing purposes without
due process, disqualifying him for partic-
ipation in certain prison jobs and rehabili-
tation programs, and endangering his life.
We have jurisdiction under 28 U.S.C.
§ 1291. We review de novo, *see Barnett v.
Centoni*, 31 F.3d 813, 815–16 (9th Cir.1994)
(per curiam), and we affirm.

The district court properly granted sum-
mary judgment to the defendant because
state prisoners have no liberty interest in
their classification status, *see Hernandez v.
Johnston*, 833 F.2d 1316, 1318 (9th Cir.
1987), or participation in rehabilitative pro-
grams, *see also Moody v. Daggett*, 429 U.S.
78, 88 n. 9, 97 S.Ct. 274, 50 L.Ed.2d 236
(1976) (rejecting claim that "prisoner clas-
sification and eligibility for rehabilitative
programs" invoked due process protec-
tions).

Snider's allegations that the classifica-
tion placed him in danger of being assault-
ed were insufficient to show that the de-

fendant acted with a sufficiently culpable
state of mind to constitute deliberate indif-
ference. *See Farmer v. Brennan*, 511 U.S.
825, 834, 114 S.Ct. 1970, 128 L.Ed.2d 811
(1994).

All pending motions are denied.

**AFFIRMED.**

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2). Accordingly, Snider's mo-
tion for oral argument is denied.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

